## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SHERMAN MANNING, an individual

Plaintiff(s)

v.

JERRY POWERS, et al.

Defendant(s).

CASE NUMBER

2:17-cv-07832

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mach, Daniel                                   of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 675-2330                    (202) 546-0738

*Telephone Number*          *Fax Number*

dmach@aclu.org

*E-Mail Address*

ACLU Foundation
915 15th Street NW, Ste. 600
Washington, DC 20005

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Sherman Manning

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Eliasberg, Peter J.                             of

*Designee's Name (Last Name, First Name & Middle Initial)*

189110          (213) 977-9500          (213) 977-5297

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

peliasberg@aclusocal.org

*E-Mail Address*

ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**