UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.     **CV 17-07832 DDP (GJSx)**                    Date: December 19, 2017

Title:     SHERMAN MANNING -*v*- JERRY POWERS et al
=======================================================================
PRESENT:  HONORABLE DEAN D. PREGERSON, JUDGE

        <u>Patricia Gomez</u>                        <u>Maria Bustillos</u>
        Courtroom Deputy                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Erin Darling                          Audra C. Call
Lydia M . Gray
Peter J. Eliasberg


PROCEEDINGS:        EX PARTE APPLICATION [DOCKET NO. 51]

        Ex Parte Application to Shorten Time for Hearing [51] is vacated as reflected
on the record.


                                                            :     18

                              Initials of Preparer              PG


CV - 90 (03/15)