UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    CV 17-07832 DDP (GJSx)                              Dated: December 20, 2017

Title:    SHERMAN MANNING -v- JERRY POWERS, et al
================================================================
PRESENT:  HONORABLE DEAN D. PREGERSON, JUDGE

Patricia Gomez                                          None Present
Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                    None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

   Pursuant to the court vacating the Ex Parte Application, the Motion to Enforce Preliminary Injunction [50] set for hearing December 21, 2017 is hereby taken off calendar.

MINUTES FORM 11                                         Initials of Deputy Clerk: PG
CIVIL -- GEN