JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN MANNING, an individual,<br><br>    *Plaintiff*,<br>v.<br><br>JEFFREY GREEN, et al.,<br><br>    *Defendants*. | CASE NO: 2:17-cv-07832 DDP (GJS)<br><br>**ORDER OF DISMISSAL** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the Stipulation of Voluntary Dismissal or the parties ("Stipulation"), IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice.
2. Pursuant to the consent of the parties, the settlement judge, Judge Victor Bianchini, shall retain jurisdiction for the purposes of enforcing the terms of the Settlement Agreement. In the event that Judge Bianchini is not able to exercise this authority, jurisdiction shall revert to another settlement judge associated with the Central District's Prisoner Settlement Program as agreed upon by the parties; if that settlement

judge is unable to exercise authority to enforce the terms of the Settlement Agreement, authority shall revert to Judge Pregerson.

IT IS SO ORDERED.

Dated: June 5, 2018

_____
Honorable Dean D. Pregerson
United States District Judge